IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KERRY KENDRED, JR.
ADC #14510                                                          PLAINTIFF

v.                          No. 3:13-cv-279-DPM-JJV

BECKY HITT, Jail Administrator;
TIFFANY GLOVER, Jailer; DOYLE
RAMEY, Jailer; and JASON THOMAS,
Jailer "Chuck"                                                    DEFENDANTS

ORDER

Unopposed recommendation, № 6, adopted as modified. FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes). Kendred did not file an amended complaint, even though on screening Judge Volpe explained the legal defects in the complaint. № 5. Now, mail to Kendred is being returned, so he hasn't received the recent recommendation. № 7. Judge Volpe pointedly reminded Kendred (in an Order that was not returned) that Kendred had to keep his address current, and respond to orders within thirty days, or his case could be dismissed. № 5 at 4-5. In the circumstances, Kendred's complaint will be dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2). No strike is assessed. The Court certifies that

an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 February 2014