IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KERRY KENDRED, JR.
ADC #14510                                                                PLAINTIFF

v.                               No. 3:13-cv-279-DPM

BECKY HITT, Jail Administrator;
TIFFANY GLOVER, Jailer; DOYLE
RAMEY, Jailer; and JASON THOMAS,
Jailer "Chuck"                                                           DEFENDANTS

JUDGMENT

Kendred's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2014